ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ASRC Communications, Ltd. | ) ASBCA No. 64035 |
| | ) |
| Under Contract No. FA5215-18-C-9003 | ) |

APPEARANCES FOR THE APPELLANT:      Erin N. Rankin, Esq.
                                    Eric K. Herendeen, Esq.
                                    Zariah T. Altman, Esq.
                                      Crowell & Moring LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Nicholas T. Iliff, Jr., Esq.
                                    Maj Craig M. Brunson, USAF
                                      Trial Attorneys

ORDER OF DISMISSAL

The Board docketed this appeal on December 19, 2024. By correspondence dated January 16, 2025, prior to the filing of appellant's complaint, the parties filed a joint motion to dismiss the appeal without prejudice. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TFF, LLC*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: January 23, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64035, Appeal of ASRC Communications, Ltd., rendered in conformance with the Board's Charter.

Dated:  January 23, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals